UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MA LEG PARTNERS 1, | § § § | |
| Plaintiff. | § § | |
| v. | § § | CIVIL ACTION NO. 3:19-cv-00219 |
| CITY OF DALLAS, | § § | |
| Defendant. | § § | |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, MA Leg Partners 1, Plaintiff, provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of this case:

MA LEG PARTNERS 1, Plaintiff

Date: January 28, 2019

/s/ *Richard B. Schiro*
Richard B. Schiro
State Bar No. 17750600
Greg E. Butts
State Bar No. 00790409
2706 Fairmount Street
Dallas, Texas 75201
*rbschiro@schirolaw.com*
*gebutts@schirolaw.com*
(214) 521-4994 (telephone)
(214) 521-3838 (facsimile)
ATTORNEYS FOR
MA LEG PARTERS 1